IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA,<br>    Plaintiffs,<br><br>v.<br><br>CATHOLIC HEALTH EAST, ET AL.,<br>    Defendants. | )<br>)<br>)<br>)<br>) Civil Action No. 07-708<br>)<br>)<br>)<br>) |

ORDER

AND NOW this 29th day of May, 2007, pursuant to 28 U.S.C. §455, I hereby recuse myself from the above-captioned matter and direct the Clerk of Court to reassign the case to another judge.

BY THE COURT:

_____, J.

cc: all parties of record