IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

COMMONWEALTH OF PENNSYLVANIA,

    Plaintiff,                                 07cv0708
                                                **ELECTRONICALLY FILED**
    v.

CATHOLIC HEALTH EAST, PITTSBURGH
MERCY HEALTH SYSTEM, INC., THE
MERCY HOSPITAL OF PITTSBURGH,
UPMC doing business as UNIVERSITY OF
PITTSBURGH MEDICAL CENTER,

    Defendants.

## ORDER OF COURT

IT IS ORDERED that the Stipulated Final Order (document no. 1) in this matter is hereby APPROVED as proposed. This matter, having been amicably resolved, is hereby marked closed.

**SO ORDERED** this 13th day of June, 2007.

s/Arthur J. Schwab
Arthur J. Schwab
United States District Judge

cc:    All Registered ECF Counsel and Pro Se Parties